DPS:law
AO 91 (Rev. 11/11) Criminal Complaint

2020R00136

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

DELANEY NICHOLAS HARRIS,

**SEALED BY ORDER OF THE COURT**

Case No. 20-mj-560 (KMM)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 1, 2020, in Hennepin County, in the State and District of Minnesota, defendant Delaney Nicholas Harris,

> aiding and abetting and being aided and abetted by another, did knowingly and intentionally take a motor vehicle, that is, a 2011, blue BMW, bearing Minnesota license plate BPY424, Vehicle Identification Number (VIN) WBAFR1C52BDJ97940, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of W.D. by force and violence and by intimidation, with the intent to cause serious bodily harm, all in violation of Title 18, United States Code, Sections 2 and 2119(1).

I further state that I am a Special Agent for Federal Bureau of Investigation (FBI), and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

SUBSCRIBED and SWORN before me by reliable electronic means (Zoom and email) pursuant to Fed. R. Crim. P. 41(d)(3)

*Complainant's signature*

Brandon J. Bernhardt, Special Agent, FBI
*Printed name and title*

Date: July 28, 2020

City and State: Minneapolis, MN

*Judge's Signature*

Katherine M. Menendez
United States Magistrate Judge
*Printed Name and Title*